# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2015

Robert P. Young, Jr.,
Chief Justice

149663

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

ROBERTO LANDIN,
          Plaintiff-Appellee,

v

          SC: 149663
          COA: 309258
          Saginaw CC: 08-002400-NZ

HEALTHSOURCE SAGINAW, INC.,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 3, 2014 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue whether the plaintiff may maintain a wrongful discharge claim for violation of public policy under MCL 333.20176a(1)(a). See *Suchodolski v Michigan Consolidated Gas Co*, 412 Mich 692 (1982). In discussing this issue, the parties shall also address whether the Whistleblowers' Protection Act, MCL 15.361 *et seq*, provides the exclusive remedy for a claim of wrongful discharge under MCL 333.20176a(1)(a). See MCL 333.20180(1).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2015



t0331

                    Clerk